```
                            United States Bankruptcy Court
                                 District of Maryland
In re:                                                          Case No. 11-12211-RAG
Myles Louis Lichtenberg                                         Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0416-1           User: admin              Page 1 of 3              Date Rcvd: May 04, 2011
                               Form ID: B18             Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2011.
db         +Myles Louis Lichtenberg,    1400 Lancaster Street, #310,    Baltimore, MD 21231-3350
cr         +Lighthouse Landing Condominium,    c/o John M. Oliveri, Esq.,    Law Office of John M. Oliveri,
             700 Melvin Avenue,   Suite 8,    Annapolis, MD 21401-1506
26547783    AmerAssit A/R Solutions,    P.O. Box 26095,    Columbus, OH  43226-0095
26547786   +Baltimore County,   Keith Dorsey, Director Of Finance,    400 Washington Avenue,
             Towson, MD 21204-4606
26663625   +Baltimore County, MD,    c/o Adam M. Rosenblatt, Assistant County,
             400 Washington Avenue, Room 219,    Towson, MD 21204-4606
26547787   +Barbara Lichtenberg,    7 Slade Ave Unit 204,    Baltimore, MD 21208-5204
26547788   +Bonded Collection Corporation,    29 E. Madison Street, Ste 1650,    Chicago, IL 60602-4435
26547790   #+Cignal Holdings LLC,    909 Ridgebrook Road, Suite 220,    Sparks, MD 21152-9476
26547791   +City Of Baltimore,    Bureau Of Treasury Management,    200 Holiday Street,
             Baltimore, MD 21202-3618
26547845   +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
             Baltimore, MD 21201-2305
26547793   +Copper Beach Townhomes,    410 Copper Beech Circle,    Harrisonburg, VA 22801-6403
26547794   +Council Of Unit Owners Of Lighthouse,    Landing Condominium Inc C/O East Harbor,
             2702 Lighthouse Point East, Suite 626,    Baltimore, MD 21224-5070
26547795   +Eden Lichtenberg,    3 Squire Ct.,    Reisterstown, MD 21136-6409
26547796   +Farmers Insurance,    2 Hamill Road, Suite 155,    Baltimore, MD 21210-1847
26547798   +Law Offices Of Myles L. Lichtenberg, P.A,    1400 Lancaster St. #310,    Baltimore, MD 21231-3350
26608657   +Lighthouse Landing Condominium,    c/o John M. Oliveri, Esq.,    Law Office of John M. Oliveri,
             700 Melvin Avenue, Suite 8,    Annapolis, Maryland 21401-1506
26547799   +Little & Associates, Inc,    1055 Taylor Ave Ste 307,    Baltimore, MD 21286-8334
26547801   +NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
26547800    Nationwide Credit, Inc.,    2015 Vaughn Road NW, Bld. 400,    Kennesaw, GA  30144-7801
26547802   +PNC Bank,   Fka National City Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
26547803    Receivable Management Services,    77 Hartland Street, Suite 401,    PO Box 280431,
             East Harford, CT  06128-0431
26547804   +Ruxton Financial Group,    119 River Oaks Circle,    Baltimore, MD 21208-1367
26547843   +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
             Baltimore, MD 21201-2201
26547805   +Suntrust Bank,    PO Box 622227,    Orlando, FL 32862-2227
26547844    Supervisor of Delin. Accts.,    Rm. 1 Municipal Building,    Holliday & Lexington Streets,
             Baltimore, MD 21202
26547807   +Trailhead Capital, LLC,    29 E MADISON ST #1650,    CHICAGO, IL 60602-4427
26547808   +US Airways Dividend Mastercard,    PO Box 13337,    Philadelphia, PA 19101-3337
26547811   +Zwicker Associates,    Box 101145,    Birmingham, AL 35210-6145

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +EDI: BBAGOLDMAN.COM May 04 2011 19:48:00      Brian A. Goldman,    Goldman & Goldman, P.A.,
             36 S. Charles  Street,    24th Fl.,    Baltimore, MD 21201-3020
26547785   +Fax: 703-433-7292 May 04 2011 20:12:02       AOL,    GPO,    PO Box 30623,    Tampa, FL 33660-1623
26547784   +EDI: AMEREXPR.COM May 04 2011 19:48:00      American Express,    PO Box 981535,
             El Paso, TX 79998-1535
26690331    EDI: BECKLEE.COM May 04 2011 19:48:00      American Express Bank, FSB,    c o Becket and Lee LLP,
             POB 3001,    Malvern, PA 19355-0701
26547789   +EDI: CHASE.COM May 04 2011 19:48:00      Cardmember Services,    Chase,    PO Box 15298,
             Wilmington, DE 19886-5298
26547792   +EDI: COLLECTCORP.COM May 04 2011 19:48:00      Collectcorp,    Box 101928 Dept. 4947A,
             Birmingham, AL 35210-6928
26547797    EDI: IRS.COM May 04 2011 19:48:00      Internal Revenue Service,    P.O. Box 21126,
             Philadelphia, PA  19114
26547806   +EDI: STF1.COM May 04 2011 19:48:00      Suntrust Mortgage Inc.,    1001 Semmes Ave.,
             Richmond, VA 23224-2245
26547809    EDI: FUNB.COM May 04 2011 19:48:00      Wachovia Bank,    Box 13327,    Roanoke, VA  24040
26547810   +EDI: WFFC.COM May 04 2011 19:48:00      Wells Fargo Bank, N.A.,    PO Box 4233,
             Portland, OR 97208-4233
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0416-1          User: admin              Page 2 of 3              Date Rcvd: May 04, 2011
                              Form ID: B18             Total Noticed: 38

                   ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 06, 2011**                    Signature:    *Joseph Speetjens*

```
District/off: 0416-1          User: admin              Page 3 of 3               Date Rcvd: May 04, 2011
                              Form ID: B18             Total Noticed: 38
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2011 at the address(es) listed below:
```
aty           Daniel M. Press    on behalf of Myles Lichtenberg    dpress@chung-press.com,   pressdm@gmail.com
aty           Evan M. Goldman    on behalf of Brian Goldman    emg@goldmangoldman.com,    ams@goldmangoldman.com,
               bfb@goldmangoldman.com,medelson@goldmangoldman.com
aty           John M. Oliveri    on behalf of  Lighthouse Landing Condominium    joliveri@oliveriandassociates.com,
               lgray@oliveriandassociates.com
tr            Brian A. Goldman    emg@goldmangoldman.com,   MD01@ecfcbis.com,ams@goldmangoldman.com,
               bfb@goldmangoldman.com,medelson@goldmangoldman.com
                                                                                                  TOTAL: 4
```

Case 11-12211    Doc 34    Filed 05/06/11    Page 3 of 5

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
## District of Maryland
Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Case No. **11–12211**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Myles Louis Lichtenberg
   1400 Lancaster Street, #310
   Baltimore, MD 21231

Social Security / Individual Taxpayer ID No.:
   xxx–xx–5460

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 5/4/11

Robert A. Gordon
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**